■ In the Matter of GERALD CARROLL, Respondent, v MARTRESE IVORY, Appellant. (Appeal No. 1.) [720 NYS2d 872] —Order unanimously affirmed without costs for reasons stated at Erie County Family Court, Szczur, J. (Appeal from Order of Erie

County Family Court, Szczur, J.—Custody.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.